IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JODY BLAZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 07-109-HU |
| v. | ) | |
| | ) | O R D E R |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Rory Linerud
    P. O. Box 115
    Salem, Oregon  97308

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Britannia Hobbs
    Assistant United States Attorney
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon  97204

Page 1 - ORDER

David J. Burdett
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

      Attorneys for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on August 22, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#20).

IT IS HEREBY ORDERED that the decision of the Commissioner is AFFIRMED.

DATED this ___12th___ day of September, 2008.

                            /s/ Garr M. King
                              GARR M. KING
                          United States District Judge