IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JODY BLAZER,<br><br>               Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>               Defendant.<br>_____ | Civil Case No. 07-109-HU<br><br>JUDGMENT |

    Rory Linerud
    P. O. Box 115
    Salem, Oregon  97308

           Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Britannia Hobbs
    Assistant United States Attorney
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon  97204

Page 1 - JUDGMENT

David J. Burdett
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington  98104

    Attorneys for Defendant

KING, Judge:

Based on the record,

The decision of the Commissioner is hereby AFFIRMED.

Dated this _____12th_____ day of September, 2008.

                                    /s/ Garr M. King
                                Garr M. King
                                United States District Judge